UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 06-3614 - 02 |
| JEFFREY CHUNG | DATE OF PROCEEDINGS: August 18, 2006 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: Initial Appearance - Rule 5

( ) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) APPT. OF COUNSEL:  ___ AFPD   ___ CJA
( ) WAIVER OF HRG.:  ___ PRELIM  ___ REMOVAL

( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT DATED _____
( ) SENTENCE
(X) OTHER  _Identity Hearing Waived_

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH THE RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) ARREST WARRANT TO ISSUE
( ) BOND REVIEW

( ) ORDER OF RELEASE
( ) BAIL SET: $55,000. CASH

( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) OTHER _____

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  ___ COURT  ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  Maureen Nakley

DEFT. COUNSEL  ~~Donald McCauley~~  WEICHENG WANG, ESQ.

PROBATION _____

INTERPRETER _____
Language: ( )

Time Commenced: _____
Time Terminated: _____
Adjourned to: _____
Digital Recording: _____
Count: _____
Court Reporter: _____

_Lorraine McNerney_
DEPUTY CLERK