IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DEC 11 2006

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. 1:06MJ652 |
| JEFFREY CHUNG, Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Having considered the unopposed request of the Defendant, Jeffrey Chung, it is this 11th day of December, 2006, hereby ORDERED that the Defendant's conditions of pretrial release previously imposed by the Court on September 12, 2006, are amended for the Defendant to execute a $55,000 unsecured appearance bond. Once the Defendant has executed said bond, the initial $55,000 cash bond posted by the Defendant on August 21, 2006 and held by the Office of the Clerk, United States District Court for the District of New Jersey, shall be released to the Defendant.

All other conditions shall remain in full force and effect.

LIAM O'GRADY
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY Kathryn M. Staske
DEPUTY CLERK

**Order Copies to:**

1) Mr. Jess Nelson
   Criminal Docket Clerk
   United States District Court
      for the District of New Jersey
   50 Walnut Street
   Newark, NJ 07101

2) Mr. Steven D. Mellin
   Assistant United States Attorney
   2100 Jamieson Avenue
   Alexandria, Virginia 22314

3) Mr. Paul T. Arnett
   United States Probation Officer
   Pretrial Services Division
   401 Courthouse Square, 3rd Floor
   Alexandria, Virginia 22314.

4) Mr. Pat Munroe Woodward, Jr.
   Woodward Law Group, PLLC
   1776 K Street, NW, Suite 200
   Washington, DC  20006

AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                                          **APPEARANCE BOND**

Jeffrey Chung                                               CASE NUMBER: 1:06mj652

Non-surety: I, the undersigned defendant acknowledges that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay the United States of America the sum of $55,000.00 (UNSECURED), and there has been deposited in the Registry of the Court the sum of $NONE in cash or (describe other security.)

The conditions of this bond are that the defendant Jeffrey Chung is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of the bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interests and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on               at 401 Courthouse Square, Alexandria, VA 22314

Defendant: _____[signed]_____           Address: 210 Harlingen RD Belle Mead NJ 08502
                Jeffrey Chung
Surety: _____[signed]_____              Address: _____
                Jeffrey Chung
Surety: _____                 Address: _____

Signed and acknowledged before me on December 13, 2006     Fernando Galindo
                                                            Acting Clerk of Court

                                                            BY: _____[signed]_____ Julianne Burs
                                                                U.S. Deputy Clerk

Approved: _____
            Judicial Officer

TOTAL P.004